**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMIN LAKHANI,                                              CASE NO.: 0:24-cv-60143-WPD

       Plaintiff,

vs.

PACIFIC STEWART HOLDING LLC,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, PACIFIC STEWART HOLDING LLC, hereby notifies this Court that a settlement in principle has been reached in this case.  The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

Respectfully Submitted,

**LAW OFFICES OF NOLAN KLEIN**
*Attorneys for Defendant*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **2nd** day of **April,** 2024.

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**GLENN R. GOLDSTEIN, ESQ.**
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Ph: (561) 573-2106
Email: GGoldstein@G2Legal.net
*Attorneys for Plaintiff*