UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60143-CIV-DIMITROULEAS

AMIN LAKHANI,

Plaintiff,

vs.

PACIFIC STEWART HOLDING LLC,

Defendant.

_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal With

Prejudice [DE 20], filed herein on May 2, 2024. The Court has reviewed the Stipulation and is

otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.  The Stipulation [DE 20] is **APPROVED**.

2.  This action is **DISMISSED WITH PREJUDICE**.

3.  All parties shall bear their own attorney's fees and costs except as otherwise agreed.

4.  The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending

    motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 2nd day of May 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record